# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Norris Willis | ) |
| | ) |

Case No:  4:11-CR-112-1FL

USM No:  17663-171

Date of Original Judgment:         December 19, 2013  )

Date of Previous Amended Judgment: _____  )     A. Robert Bell, III

*(Use Date of Last Amended Judgment if Any)*                          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  123  months **is reduced to**  91 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 19, 2013, shall remain in effect. **IT IS SO ORDERED.**

Order Date:        10/26/2015                                   *Louis W. Flanagan*
                                                                        *Judge's signature*

Effective Date:    November 1, 2015                  Louise W. Flanagan, U.S. District Judge
                   *(if different from order date)*                 *Printed name and title*