UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO.: 4:11-CR-112-FL-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| NORRIS WILLIS, | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Response to Motion for Rule 35 Motion and Order (DE 66) filed on January 6, 2016, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Response to Motion for Rule 35 Motion and Order (DE 66) be sealed.

This __25th__ day of __January__, 2016.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge